**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOELVIS CABREJA LIRANZA, | ) Case No.: 2:26-cv-00680-JLT-SKO (HC) |
| Petitioner, | ) ORDER VACATING FINDINGS AND RECOMMENDATION |
| | ) ORDER DIRECTING CLERK OF COURT TO FILE PETITION IN CASE NO. 2:26-CV-00756-JLT-SKO AS A FIRST AMENDED PETITION IN THIS CASE |
| v. | ) |
| CHRISTOPHER CHESTNUT, et al., | ) ORDER DIRECTING RESPONDENT TO FILE A RESPONSE |
| Respondents. | ) [30-DAY DEADLINE] |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 2, 2026, Petitioner filed a habeas petition in this Court. The case was assigned Case No. 2:26-cv-00680-JLT-SKO. Petitioner challenged his continued detention by the Bureau of Immigration and Customs Enforcement ("ICE"), and claimed he was wrongfully detained despite his agreement to voluntarily depart from the country. (Doc. 1.) Upon review of the petition, the Court determined that Petitioner was not entitled to relief based on the facts and representations in the

1

petition. Accordingly, the Court issued a Findings and Recommendation to dismiss the petition on March 16, 2026. (Doc. 6.)

On March 9, 2026, Petitioner filed a second and completely different habeas petition. That petition was assigned Case No. 2:26-cv-00756-TLN-SCR. This fact was later discovered by Respondents who filed a Notice of Related Cases on March 16, 2026. When the District Court became aware of the second petition, the District Court related the cases, consolidated the cases, deemed the first case (2:26-cv-00680-JLT-SKO) as the lead case, and closed the second case (2:26-cv-00756-TLN-SCR).

On March 20, 2026, Petitioner filed objections to the Findings and Recommendations. (Doc. 9.) Petitioner faults the Court for failing to address the claims and representations he made in his second petition in his separate case. Petitioner alleges the Findings and Recommendations were erroneous because the Court failed to address any of the claims made in the petition that was filed in the separate case. The Findings and Recommendations did not address the second petition because the Court was not aware of the second petition until after the Court had already issued its Findings and Recommendation on the first petition.

The Court has reviewed the petition filed in the second case. The petition presents more detailed facts, claims, and exhibits than the first petition. Accordingly, the Court will direct the Clerk of Court to file the second petition as a "First Amended Petition" in the instant case, and the case will proceed on the First Amended Petition as the operative pleading. As the initial petition is superseded, the Findings and Recommendations will be vacated, and Respondents will be directed to file a response to the First Amended Petition.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Findings and Recommendations issued on March 16, 2026, (Doc. 6.), are VACATED.

2) The Clerk of Court is directed to file the petition in Case No. 2:26-cv-00756-JLT-SKO as a "First Amended Petition" in the instant case.

3) Respondent is ORDERED TO SHOW CAUSE why the First Amended Petition should not be granted. The Response to the Order to Show Cause is due within THIRTY (30) days of

the date of service of this order.  Respondent SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.

4) Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE