# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELVIS CABREJA LIRANZA, (A-Number: 244-758-157)<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTION CENTER, et al.,<br><br>Respondents. | Case No.  2:26-cv-00680-JLT-EGC-HC<br><br>ORDER GRANTING REQUEST TO DISMISS PETITION PURSUANT TO PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 18) |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 30, 2026, Petitioner filed a notice of voluntary dismissal. (ECF No. 18.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, if the petitioner files a notice of dismissal filed after the opposing party has filed an answer, the petition may only be dismissed by court order. Here, Respondents filed a response on March 9, 2026. (ECF No. 5.) The Court has reviewed Petitioner's notice and finds the request is made knowingly and intelligently, and dismissal at this stage will not prejudice Respondents.

Accordingly, Petitioner's request is GRANTED, and the Clerk of Court is directed to DISMISS the petition without prejudice pursuant to Petitioner's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:    **May 5, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

1